J-A10038-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| LEO HERNANDEZ | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BRIAN E. QUINN, ESQUIRE, THE | : | No. 2017 EDA 2017 |
| LAW OFFICES OF BRIAN E. QUINN, | : | |
| AND BRIAN E. QUINN ESQUIRE, PC | : | |

Appeal from the Order Entered May 17, 2017
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): 161001514

BEFORE:   GANTMAN, P.J., McLAUGHLIN, J., and RANSOM*, J.

CONCURRING/DISSENTING STATEMENT BY McLAUGHLIN, J.:**FILED    JUNE 27, 2018**

I join the Majority decision insofar as it affirms the order sustaining Appellees' Preliminary Objections. I must respectfully dissent, however, to the extent the Majority reverses. I would hold that the trial court properly sustained the preliminary objections to the claims for invasion of privacy and for intentional infliction of emotional distress.

_____
*   Retired Senior Judge assigned to the Superior Court.